**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re:

RICHARD DEJESUS PINEDA                      Case No. 15-17593-AJC
AMY ELIZABETH FIGUEROA FRED ,
    Debtors.                                              Chapter 13

_____/

**NOTICE OF APPEARANCE**

       COMES NOW the firm of KELLEY KRONENBERG ATTORNEYS AT LAW

and files this Notice of Appearance as counsel of record for ALLY FINANCIAL, a creditor in the

above-styled cause, and requests:

   1.  That its name be added to the Matrix as:

        ALLY FINANCIAL
        c/o KELLEY KRONENBERG ATTORNEYS AT LAW
        1511 N. Westshore Blvd., Suite 400
        Tampa, FL 33607

   2.  That it be provided copies of all pleadings filed herein.

 I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL
QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

        /s/DENNIS J. LEVINE, ESQ.
        DENNIS J. LEVINE, ESQ.
        Fla. Bar No. 375993
        DAVID E. HICKS, ESQ.
        Fla. Bar No. 0368245
        ALISON VERGES WALTERS, ESQ.
        Fla. Bar No. 0679402
        KELLEY KRONENBERG ATTORNEYS AT LAW
        1511 N. Westshore Blvd., Suite 400
        Tampa, FL 33607
        (813) 223-1697
        (813) 433-5275 (fax)
        E-mail:  dlevine@kelleykronenberg.com
        Attorneys for ALLY FINANCIAL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was furnished by either Electronic or U.S. Mail to the parties listed below on this 12TH day of August, 2015.


/s/DENNIS J. LEVINE, ESQ.
ATTORNEY

Richard DeJesus Pineda and Amy Elizabeth Figueroa Fred
13440 SW 62nd Street, Unit G 107
Miami, FL 33183-5185

Jacqueline C Ledon, Esq.
3000 Biscayne Blvd. #500
Miami, FL 33137

Nancy K.  Neidich, Trustee
P.O. Box 279806
Miramar, FL 33027