**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Richard DeJesus Pineda                    Case No.: 15-17593
       Amy Elizabeth Figueroa Fred            Chapter 13

_____Debtor_____/

**FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR**

The undersigned court-appointed mortgage modification mediator, reports to the Court as follows regarding Debtor's real property located at 13440 SW 62nd Street #G107, Miami, Florida 33183, (street address) and the mortgage on this property held by CitiMortgage, Inc. ("Lender"):

**A.** The final Mortgage Modification Mediation ("MMM") conference was conducted on _____ and the following parties were present:

    1.  [ ] The Debtor/Debtor's attorney
    2.  [ ] The co-obligor/co-borrower/or other third party, _____
          _____
    3.  [ ] The Lender's representative, _____
          and Lender's attorney, _____
    4.  [ ] Other: _____

**B.** The final MMM conference was scheduled for TBD, but not conducted for the following reason:

    1.  [X] The parties settled prior to attending.
    2.  [ ] The case was dismissed.
    3.  [ ] The Debtor or [ ]  Debtor's attorney failed to attend.
    4.  [ ] The Lender's representative or [ ]  Lender's attorney failed to attend.
    5.  [ ] Other: _____.

**C.** The result of the MMM conference is as follows:

    1.  [X] The parties reached an agreement.
    2.  [ ] The parties did not reach an agreement.

Dated: 11/22/2016                         /s/Maylene Abad
                                                Signature of Mediator
                                                Maylene Abad
                                                4770 Hollywood Boulevard
                                                Hollywood, Florida 33021
                                                Telephone: 954-744-6357
                                                email: may6995@aol.com

Copies to:
[all parties to mediation]
MMM-LF-13 (rev. 06/24/15)