**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 15-17593-BKC-AJC**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

RICHARD DEJESUS PINEDA
AMY ELIZABETH FIGUEROA FRED

DEBTORS ____________________________/

**NOTICE CONTINUING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN**

**YOU ARE HEREBY NOTIFIED** that the Debtor's Motion to Modify Confirmed Plan has been continued to **March 21, 2017** at **9:00 AM** at **UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, COURTROOM 7, MIAMI, FL 33128**.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice Continuing Debtor's Motion to Modify Confirmed Plan was mailed to those parties listed on this 6th day of March, 2017.

*/s/ Nancy K. Neidich*

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**SERVICE LIST**

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**DEBTORS**
RICHARD DEJESUS PINEDA
AMY ELIZABETH FIGUEROA FRED
13440 SW 62ND STREET, UNIT G 107
MIAMI, FL 33183-5185

**ATTORNEY FOR DEBTORS**
JACQUELINE LEDON, ESQUIRE
LEGAL SVCS OF GREATER MIAMI
3000 BISCAYNE BLVD #500
MIAMI, FL 33137

**JACQUELINE LEDON, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.